AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| JOSEPH J. SHELTON, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  1:25-cv-665 (TNM) |
| KELLY KRUG, | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     01/09/2026     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:     06/03/2026

ANGELA D. CAESAR, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSEPH J. SHELTON,**<br><br>   Plaintiff,<br><br>   v.<br><br>**KELLY KRUG,**<br><br>   Defendant. | Case No. 1:25-cv-665 (TNM) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [9] Motion for Default Judgment is GRANTED; and it is further

**ORDERED** that **JUDGMENT IS ENTERED** against Defendant in the amount of $51,707.75. This amount reflects $31,910.00 in unpaid contributions, $4,786.50 in liquidated damages, $5,816.25 in interest, $8,440.00 in attorney's fees, and $755 in litigation costs; and it is further

**ORDERED** that Defendant file complete and timely monthly reports for all periods required under the parties' agreements, make all necessary records available for an audit, and timely pay all contributions to the Fund that may become due after the entry of judgment; and it is further

**ORDERED** that the Clerk of Court close this case.

**SO ORDERED**.

This is a final, appealable Order.

2026.01.09
15:42:15 -05'00'

Dated:  January 9, 2026                    TREVOR N. McFADDEN, U.S.D.J.

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk

By _____ 06/09/26
Deputy Clerk

2